# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | : | No. 2659 Disciplinary Docket No. 3 |
| | : | |
| JEFFREY KEENAN MARTIN | : | Board File No. C1-19-641 |
| | : | |
| | : | Attorney Registration No. 35907 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2019, the Joint Petition for Reciprocal Discipline is granted, and Jeffrey Keenan Martin is suspended from the practice of law in this Commonwealth for a period of one year and one day. He shall comply with all the provisions of Pa.R.D.E. 217.